# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

BEATRICE R. SARULLO,

        Plaintiff,

vs.

J.C. PENNEY COMPANY, INC., *et al.*,

        Defendants.

2:13-cv-01889-JAD-VCF

**MINUTE ORDER**

The parties filed a Stipulation/Joint Motion for Extension of Discovery Deadlines (First Request). (#12).

The parties must review their Stipulation/Joint Motion for Extension of Discovery Deadlines (First Request) (#12) prior to filing. On page 2 of the Stipulation, the parties reference Western Showcase Homes, Inc. as a plaintiff and Fuqua Homes, Inc. as a defendant in this case. No such parties exist in this action. The discovery dates cited in this stipulation does not match with the dates of Discovery Plan and Scheduling Order (#9). It is obvious that the body of this Stipulation (#12) discusses a case that is unrelated to this action.

Accordingly,

IT IS HEREBY ORDERED that the Stipulation/Joint Motion for Extension of Discovery Deadlines (First Request) (#12) is DENIED.

DATED this 14th day of March, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE